| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | WILSON TURNER KOSMO LLP<br>Robin A. Wofford (Bar No. 137919)<br>Katherine M. McCray (Bar No. 243500)<br>550 West C Street, Suite 1050<br>San Diego, CA  92101<br>Telephone:  (619) 236-9600<br>Facsimile:  (619) 236-9669<br>E-mail: rwofford@wilsonturnerkosmo.com<br>E-mail: kmccray@wilsonturnerkosmo.com<br><br>Attorneys for Defendants/Counterclaimants<br>ExxonMobil Oil Corporation and Exxon Mobil Corporation<br>(erroneously sued herein as ExxonMobil Corporation)<br><br>**ADDITIONAL COUNSEL LISTED ON NEXT PAGE** |

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| V.C. CHAO ENTERPRISES GROUP, a California corporation,<br><br>             Plaintiff,<br><br>v.<br><br>EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES, INC., a Texas corporation and DOES 1 through 10, Inclusive,<br><br>             Defendants. | Case No. 2:12-CV-08938-PA (VBKx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION**<br><br>District Judge:       Percy Anderson<br>Courtroom:           15<br><br>Magistrate Judge:  Victor B. Kenton<br>Courtroom:           590<br><br>Complaint Filed:   October 17, 2012<br>Trial Date:           August 13, 2013 |

C0379003/1637154-1

Case No.  2:12-CV-08938-PA (VBKx)

[PROPOSED] ORDER GRANTING ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION

**ADDITIONAL COUNSEL:**

ARCHER NORRIS
Jeffrey M. Hamerling (Bar No. 91532)
jhamerling@archernorris.com
Douglas C. Straus (Bar No. 96301)
dstraus@archernorris.com
Alissa R. Pleau-Fuller (Bar No. 258907)
apleau-fuller@archernorris.com
2033 North Main Street, Suite 800
Walnut Creek, CA  94596-3759
Telephone:  925.930.6600
Facsimile:  925.930.6620

Attorneys for Defendant/Counterclaimant
Circle K Stores Inc. (erroneously sued herein as
Circle K Stores, Inc.)

BLEAU FOX, A P.L.C.
Thomas P. Bleau (Bar No. 152945)
Gennady L. Lebedev, Of Counsel (Bar No. 179945)
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, CA 90068
Telephone:  323.874.8613
Facsimile:  323.874.1234
E-mail:     bleaushark@aol.com
E-mail:     glebedev@bleaufox.com

Attorneys for Plaintiff V.C. Chao Enterprises Group

C0379003/1637154-1

Case No.  2:12-CV-08938-PA (VBKx)

[PROPOSED] ORDER GRANTING ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION

1  Having considered the Stipulation to Dismiss Entire Action by and
2  between the parties, the Court hereby orders that plaintiff V.C. Chao Enterprises
3  Group ("Plaintiff's") claims against Defendants ExxonMobil Oil Corporation, Exxon
4  Mobil Corporation, and Circle K Stores Inc. ("Defendants") in this action are
5  dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and Defendants'
6  counter-claims against Plaintiff in this action are dismissed with*out* prejudice pursuant
7  to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party shall bear their own attorneys' fees and
8  costs.

10  IT IS SO ORDERED.

13  Dated: August 8, 2013                    _____
                                              Hon. Percy Anderson
                                              United States District Judge